**Order entered February 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01268-CR

### JENNIFER FOLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

The reporter's record was due November 18, 2018. On February 11, 2019, a supplemental clerk's record was filed containing the trial court's order finding appellant indigent and ordering the appellate record furnished without cost.

In light of this, we **ORDER** official court reporter Cindy Kocher to file the complete reporter's record in this appeal within **TWENTY-ONE DAYS OF THE DATE OF THIS ORDER**.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Donna King, Presiding Judge, 26th District Court; court reporter Cindy Kocher, 26th District Court; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE